■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KHARI MOORE, Appellant. [875 NYS2d 110]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (McGann, J.), rendered December 12, 2006, convicting him of robbery in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his convictions of robbery in the third degree were not supported by legally sufficient evidence is unpreserved for appellate review (*see* CPL 470.05 [2];

*People v Hawkins*, 11 NY3d 484 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Toney*, 12 AD3d 623 [2004]). Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Mastro, J.P., Balkin, Dickerson and Belen, JJ., concur.